**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| | | |
|---|---|---|
| **In Re**: | Ronald Eugene Ramirez, Jr. | Chapter 13 |
| | SSN # xxx-xx-5073 | Case No. 18-49853 |
| | Lameka Lorraine Ramirez | Judge: Phillip J. Shefferly |
| | SSN # xxx-xx-3187 | |
| | Debtor(s) | |

_____/

**PROPOSED POST-CONFIRMATION PLAN MODIFICATION**

Debtor(s) Ronald Ramirez, Jr. and Lameka Ramirez, by and through counsel, Ardelean & Dunne, PLLC, have filed papers with the Court to modify the confirmed Chapter 13 Plan. Debtor(s) state the reasons for necessary modification and justification as follows:

1. Joint Debtor Lameka Ramirez is due to give birth on or about May 20, 2020. She is expected to be off work for about eight weeks. She will not have any income during this time from either employer or private disability. The only income coming into the household will be from Mr. Ramirez.
2. Due to the loss of income, Debtors seek to significantly reduce their plan payment so they can afford their household living costs.
3. Debtor(s) will provide supporting documentation to the Trustee and all objecting creditors.
4. Debtor(s) have attached a proposed Order to Modify Chapter 13 Plan as Exhibit 1.

An Order Confirming Plan was entered on January 12, 2019. Debtor(s) propose to modify the confirmed plan pursuant to L.B.R. 3015-2(b) as follows: (separately enumerate each plan provision which will be modified by the proposed modification)

1. Effective 05/15/2020, Debtor(s)' plan payment shall be $10.00 per Bi-weekly.
2. Effective 07/15/2020, Debtor(s)' plan payment shall be $769.71 per Bi-weekly.
3. Class 9 general unsecured creditors shall receive no less than $14,127.41.
4. The plan, as last modified, shall remain in full force and effect.

In all other respects, the Order Confirming Plan referred above shall remain in full force and effect. A Liquidation Analysis of the Chapter 13 Plan, Worksheet, Plan Calculation and any other necessary supporting documentation is attached.

Following is the effect of this modification on the following classes:
Class One: None; Class Two: None; Class Three: None; Class Four: None;
Class Five: None; Class Six: None; Class Seven: None; Class Eight: None;
Class Nine: Reduced minimum disbursement.

Dated this April 6, 2020.

_/s/ Brian P. Dunne P71177_
Ardelean & Dunne, PLLC
Attorneys for Debtor(s)
29777 Telegraph Road, Suite 1630
Southfield, MI 48034
Phone: (248) 557-7488
Email: edmi@arddun.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

In Re:    Ronald Eugene Ramirez, Jr.                    Chapter 13
             Lameka Lorraine Ramirez                  Case No. 18-49853
                               Debtor(s)                      Judge:  Phillip J. Shefferly

_____/

## ORDER TO MODIFY CHAPTER 13 PLAN

        This matter having come on for consideration to modify the previously confirmed Chapter 13 plan in the above referenced case, all interested parties having been given proper notice thereof, and the Court having found that the proposed amendment is in accordance with the law;

**IT IS HEREBY ORDERED:**

1. Effective 05/15/2020, Debtor(s)' plan payment shall be $10.00 per Bi-weekly.
2. Effective 07/15/2020, Debtor(s)' plan payment shall be $769.71 per Bi-weekly.
3. Class 9 general unsecured creditors shall receive no less than $14,127.41.
4. The plan, as last modified, shall remain in full force and effect.

**EXHIBIT 1**

In Re:     Ronald Eugene Ramirez, Jr.             Chapter 13
         Lameka Lorraine Ramirez           Case No. 18-49853
                     Debtor(s)            Judge: Phillip J. Shefferly
                                                /

### Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

Ardelean & Dunne, PLLC           Krispen S. Carroll
Attorneys for the Debtor(s)        Chapter 13 Trustee
29777 Telegraph Road, Suite 1630    719 Griswold St., Suite 1100
Southfield, MI 48034              Detroit, MI 48226

*/s/ Brian P. Dunne P71177*
Brian P. Dunne P71177
Ardelean & Dunne, PLLC
Attorneys for Debtor(s)
29777 Telegraph Road, Suite 1630
Southfield, MI 48034
Phone: (248) 557-7488
Email: edmi@arddun.com

Date: April 6, 2020.

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **REAL ESTATE OTHER THAN PERSONAL RESIDENCE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **HHG/PERSONAL EFFECTS** | | | | | |
| Couch, sofa, vacuum, table, chairs, lamps, entertainment center, bedroom sets, washer/dryer, stove, refrigerator, microwave, pots/pans, dishes/flatware, household tools. | 4,000.00 | 0.00 | 4,000.00 | 4,000.00 | 0.00 |
| **HHG/PERSONAL EFFECTS (total)** | 7,500.00 | 0.00 | 7,500.00 | 7,500.00 | 0.00 |
| **JEWELRY** | | | | | |
| Costume jewelry, watch, chains, rings. | 400.00 | 0.00 | 400.00 | 400.00 | 0.00 |
| Costume jewelry, watch, chains, rings. | 800.00 | 0.00 | 800.00 | 800.00 | 0.00 |
| **JEWELRY (total)** | 1,200.00 | 0.00 | 1,200.00 | 1,200.00 | 0.00 |
| **CASH/BANK ACCOUNTS** | | | | | |
| Cash | 40.00 | 0.00 | 40.00 | 40.00 | 0.00 |
| **CASH/BANK ACCOUNTS (total)** | 442.00 | 0.00 | 442.00 | 442.00 | 0.00 |
| **VEHICLES** | | | | | |
| 2014 Chevrolet Captiva 60,000 miles | 12,150.00 | 18,097.00 | 0.00 | 0.00 | 0.00 |
| 2012 Chevrolet Malibu Vehicle totaled in accident | 500.00 | 17,854.00 | 0.00 | 0.00 | 0.00 |

Local Form 10-24-17 V 1

7

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | | | | | |
|---|---|---|---|---|---|
| **VEHICLES (total)** | **12,650.00** | **35,951.00** | **0.00** | **0.00** | **0.00** |
| **OTHER (*itemize*)** | | | | | |
| **401(k): Fidelity** | **34,885.79** | **0.00** | **34,885.79** | **34,885.79** | **0.00** |
| **401(k): Fidelity** | **666.26** | **0.00** | **666.26** | **666.26** | **0.00** |
| **Met Life - Term Life Insurance.** **-on Debtor 1's life** **Beneficiary: Debtor 2 and** **children** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Met Life - Term Life Insurance.** **-on Debtor 2's life** **Beneficiary: Debtor 1 and** **children** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Met Life - Term Life Insurance.** **-on lives of children** **Beneficiary: Debtor 1 and** **children** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Funds garnished in 90 days** **before filing by creditor Cash N** **Advance III, Inc. DBA Payday** **Now Loans II, Inc.** | **767.83** | **0.00** | **767.83** | **767.83** | **0.00** |
| **OTHER (total)** | **36,319.88** | **0.00** | **36,319.88** | **36,319.88** | **0.00** |

Amount available upon liquidation      $ **0.00**

Less administrative expenses and costs      $ **125.00**

Less priority claims      $ **48,834.05**

Amount Available in Chapter 7      $ **0.00**

Local Form 10-24-17 V 1

8

## ATTACHMENT 2

### CHAPTER 13 MODEL WORKSHEET
### LOCAL BANKRUPTCY RULE 3015-1(B)(2) E.D.M

1.      Proposed length of Plan:         **60**      months

2.      Initial Plan Payment:
   $**1,953.97** per month x **12** months = $**23,447.64** (subtotal)
   Step Payment #**1**
   $**70.00** per month x **3** months = $**210.00** (subtotal)
   Step Payment #**2**
   $**1,667.71** per month x **45** months = $**75,046.95** (subtotal)

3.      Additional Payments:      $_____ per=$(subtotal)

4.      Lump sums payments      $**0.00**

5.      Total to be paid into Plan (total of lines 2 through 4)      $**95,369.17**

6.      Estimated disbursements other than to Class 9 General Unsecured Creditors

   a. Estimated Trustee Fees      $**7,402.95**

   b. Estimated Attorney Fees and costs through confirmation of plan      $**5,099.78**

   c. Estimated Attorney Fees and costs post-confirmation through duration of Plan      $**1,000.00**

   d. Estimated fees of other Professionals      $**0.00**

   e. Total mortgage and other continuing secured debt payments      $**0.00**

   f. Total non-continuing secured debt payments (including interest)      $**18,904.98**

   g. Total priority claims      $**48,834.05**

   h. Total arrearage claims      $**0.00**

7.      Total disbursements other than to Class 9 General Unsecured Creditors (Total of lines 6.a through 6.h)      $ **81,241.76**

8.      Funds *estimated* to be available for Class 9 General Unsecured Creditors (Line 5 minus Line 7)      $ **14,127.41**

9.      Estimated dividend to Class 9 General Unsecured Creditors in Chapter 7 proceeding (see Liquidation Analysis on page 6)      $ **0.00**

COMMENTS:

Local Form 10-24-17 V 1

9

18-49853-pjs   Doc 59   Filed 04/06/20   Entered 04/06/20 18:13:47   Page 6 of 6